IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  CR-19-110-C |
| ) | |
| AMANDA ELAINE CRUZ, ) | |
| ) | |
| Defendant. ) | |

ORDER TERMINATING SUPERVISED RELEASE
AND DISCHARGING DEFENDANT

This matter is before the Court for consideration of a request to reduce the term of supervised release imposed as part of the sentence in this case. On December 17, 2019, Ms. Cruz was sentenced to incarceration for eight months, followed by three years' supervised release, and ordered to pay a mandatory special assessment of $200.00. Doc. 70. Ms. Cruz began serving her term of supervised release March 12, 2020. Ms. Cruz began participating in the Court Assisted Recovery Effort (CARE) May 20, 2020. The term of supervised release will expire March 11, 2023.

In accordance with Title 18, United States Code, Section 3563(c), the Court has considered the evidence presented in light of the factors enumerated in Title 18, United States Code, Section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). The Court finds as follows.

Ms. Cruz completed all of the program requirements of CARE established in this District through General Order 09-01. Ms. Cruz graduated from the CARE program

September 8, 2021. Ms. Cruz has paid the mandatory special assessment in full and owes no additional fines or restitution. Upon successful completion of the criteria for each phase of the CARE program, a participant may move for a reduction in the term of supervision and the Court may reduce the term by up to fifty per cent. See W.D. Okla. G.O. No. 13-2 (eff. May 2012); and W.D. Okla. G.O. No. 09-01, *Order Establishing a Court- Assisted Recovery Effort Program*. Fifty per cent of the three-year term of supervised release is eighteen months.

Based on Ms. Cruz's successful completion of the CARE program, the Court is satisfied that a reduction of the term of supervision of eighteen months is warranted and in the interests of justice. The Court is aware this reduction will leave Ms. Cruz with a remaining term of supervised release of four days, until September 12, 2021. On September 2, 2021, Ms. Cruz sustained serious injuries as the result of an automobile accident caused by another driver. She is currently receiving treatment in a local hospital. Under these circumstances, the Court finds continued supervision is not necessary for four additional days. In accordance with Title 18, United States Code, Section 3583(e)(1), it is the order of the Court that the term of supervised release imposed December 17, 2019 is reduced to eighteen months, that the term of supervision is terminated, and Amanda Cruz is discharged from further supervision.

ORDERED this 8th day of September, 2021.

ROBIN J. CAUTHRON
United States District Judge